**EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS**

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| Advanced Tire Inc. | 04-CV-713 |
| Airdyne Management | 04-CV-714 |
| ASAP Equipment | 04-CV-716 |
| ATP Div 25 | 04-CV-717 |
| Beard Equipment | 04-CV-718 |
| Dawson Personnel | 04-CV-719 |
| DCR Transport Service | 04-CV-720 |
| Blue Ribbon Tire Co. | 04-CV-721 |
| Reynolds Inc. | 04-CV-722 |
| Carruth-Doggett | 04-CV-723 |
| FL-Hydraulic | 04-CV-725 |
| CMD Gropu | 04-CV-726 |
| Future Equipment | 04-CV-727 |
| GCR Pensacola Truck | 04-CV-730 |
| GMR Marketing LLC | 04-CV-731 |
| Crosscheck Inc. | 04-CV-732 |
| Goodyear Commercial | 04-CV-733 |
| Cyrk Inc. | 04-CV-734 |
| Mutual Industries | 04-CV-737 |
| Nabors Radiator | 04-CV-738 |
| Harte-Hanks | 04-CV-739 |
| US Market Inc. | 04-CV-740 |
| Joe Money Machinery | 04-CV-741 |
| Office Management | 04-CV-742 |
| Perth Amboy Tire Inc. | 04-CV-743 |
| Ingram Trucking LLC | 04-CV-744 |
| Pro-Cut Products Inc. | 04-CV-746 |
| Reeder Distributors | 04-CV-749 |
| Relizon | 04-CV-750 |
| Saber Fleet Services | 04-CV-753 |
| Sherwin-Williams | 04-CV-754 |
| Scottys Oil Company | 04-CV-755 |
| Maxim Group | 04-CV-757 |
| Maxout Sourcing | 04-CV-758 |
| The Valvoline Company | 04-CV-759 |
| Morgan Marshall | 04-CV-763 |
| A.O.K. Tire Mart II | 04-CV-766 |
| AEL Leasing Co., Inc., et al. | 04-CV-767 |
| GSR Construction Inc. | 04-CV-768 |
| Gullo Ford Mercury | 04-CV-769 |
| Hick's Petroleum | 04-CV-770 |
| Holt Equipment | 04-CV-772 |
| Ajaco Towing | 04-CV-773 |

603610v1                                              1

## EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| Ray and Sons Inc. | 04-CV-774 |
| Orlando Industrial | 04-CV-776 |
| Original Equipment | 04-CV-777 |
| Johnson Ford Truck | 04-CV-779 |
| Parkway Truck Sales | 04-CV-781 |
| MP Brine Inc. | 04-CV-783 |
| Authorized Equipment | 04-CV-784 |
| Neff Rental Inc. | 04-CV-785 |
| Pratt & Whitney | 04-CV-786 |
| Diamond J. Transport | 04-CV-787 |
| Equiptechs Inc. | 04-CV-789 |
| Promotion Solution | 04-CV-790 |
| Progressive Tractor | 04-CV-791 |
| Olson | 04-CV-792 |
| Contractors Co. | 04-CV-795 |
| Southeastern Crane | 04-CV-799 |
| BBF Ltd. | 04-CV-800 |
| C.G.&E. | 04-CV-802 |
| Vic's Tire Service | 04-CV-804 |
| Texana Machinery | 04-CV-805 |
| Commercial Tire Inc. | 04-CV-806 |
| Tacony Corporation | 04-CV-808 |
| ADA Resources Inc. | 04-CV-976 |
| Texas Pneumatic Tool | 04-CV-979 |
| American Hydraulics | 04-CV-980 |
| Allied Products | 04-CV-983 |
| TMP Worldwide Inc. | 04-CV-986 |
| Kent Demolition | 04-CV-987 |
| Alternators Unlimited | 04-CV-988 |
| Land & Sea Petroleum | 04-CV-993 |
| Central Tire | 04-CV-995 |
| Cintas Corp. #318, et al. | 04-CV-996 |
| Little Beaver Inc. | 04-CV-997 |
| Columbus McKinnon | 04-CV-999 |
| Corporate Express | 04-CV-1001 |
| Truck PM Corporation | 04-CV-1002 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsunami (America) | 04-CV-1005 |
| Diamond Hydraulics | 04-CV-1006 |
| Harbor Graphics Corp. | 04-CV-1007 |
| Miller Spreader Co. | 04-CV-1008 |
| Uniontools Inc. | 04-CV-1009 |
| Diamand Products | 04-CV-1010 |

**EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS**

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| US Imaging Solutions | 04-CV-1012 |
| Hindley Electronics | 04-CV-1013 |
| Mission Critical | 04-CV-1014 |
| Hunt & Sons | 04-CV-1019 |
| Creative Financial | 04-CV-1021 |
| C-Tech Industries | 04-CV-1022 |
| Empire Partner Inc. | 04-CV-1023 |
| Multiquip Inc. | 04-CV-1025 |
| Bobcat Company | 04-CV-1026 |
| Naab Consulting Corp. | 04-CV-1027 |
| Mobile Storage | 04-CV-1028 |
| Robertson Fleet | 04-CV-1029 |
| 4 Star Air Hydraulic | 04-CV-1030 |
| Action Tire Company | 04-CV-1031 |
| Rhode Island Tire Co | 04-CV-1032 |
| 3-D/Coastal Oil | 04-CV-1033 |
| Bradenton Fuel Oil | 04-CV-1037 |
| Black & Veatch | 04-CV-1039 |
| Napa Auto Parts, et al. | 04-CV-1041 |
| Igloo Products Corp. | 04-CV-1042 |
| ID Technologies Inc. | 04-CV-1043 |
| Nortax Equipment Co. | 04-CV-1044 |
| Nortax Equipment SE | 04-CV-1045 |
| Hart Industries Inc. | 04-CV-1046 |
| Partner Industrial | 04-CV-1047 |
| Gene Jackson Tire Co | 04-CV-1049 |
| Star Tire Company | 04-CV-1050 |
| GFC Leasing | 04-CV-1051 |
| Sullivan Palatek Inc. | 04-CV-1052 |
| Rentlink Inc. | 04-CV-1054 |
| Palmer Distributing | 04-CV-1055 |
| Parts Associates | 04-CV-1056 |
| Bay Counties Pitcock | 04-CV-1060 |
| Peterson Tire Inc. | 04-CV-1061 |
| Lockhart Tire | 04-CV-1062 |
| Nashville Tractor | 04-CV-1063 |
| Nortrax NE LLC | 04-CV-1064 |
| Hoffman | 04-CV-1065 |
| NSTAR Electric | 04-CV-1066 |
| NACM | 04-CV-1067 |
| Nationswide Rental | 04-CV-1069 |
| Illuminating Company | 04-CV-1070 |
| Vermeer of Tennessee | 04-CV-1071 |

## EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
| --- | --- |
| Buckeye Tire & Service | 04-CV-1072 |
| Napa Auto Franklin | 04-CV-1073 |
| Industrial Hydraulic | 04-CV-1075 |
| Son Coast Hauling | 04-CV-1077 |
| Vickers & Asso Inc. | 04-CV-1079 |
| Jimmy's Garage | 04-CV-1080 |
| Viking Oil | 04-CV-1081 |
| Compass Bank | 04-CV-1082 |
| Southern Energy Comp | 04-CV-1084 |
| Nickey Petroleum Co. | 04-CV-1085 |
| Voltech Company | 04-CV-1087 |
| OTR Tire & Supply Co. | 04-CV-1088 |
| Overland Machinery | 04-CV-1089 |
| EMC Corp. | 04-CV-1090 |
| Lionudakis Woods | 04-CV-1091 |
| Penick Parr & Assoc. | 04-CV-1092 |
| Southern Linc | 04-CV-1093 |
| Spectra Precision | 04-CV-1094 |
| Diversified Credit | 04-CV-1096 |
| Watkins Oil Co Inc. | 04-CV-1097 |
| Pipeline Supply | 04-CV-1098 |
| Speedway New Holland | 04-CV-1100 |
| Stewart & Stevenson | 04-CV-1101 |
| Sterling Truck Utah | 04-CV-1102 |
| World Wide Welding | 04-CV-1103 |
| Don's Tire Service | 04-CV-1106 |
| Vermeer Sales | 04-CV-1107 |
| Pro Chem Cleaning | 04-CV-1108 |
| Sellers Petroleum | 04-CV-1109 |
| Sunbelt Rentals Inc. | 04-CV-1110 |
| Dorris Cleaning | 04-CV-1111 |
| Vermeer Sales & Service | 04-CV-1112 |
| Staffing Master.com | 04-CV-1113 |
| Douglass Distribution | 04-CV-1114 |
| Deson Industries Inc. | 04-CV-1116 |
| Dutchess Forgoing | 04-CV-1117 |
| Quick Corner CITGO | 04-CV-1119 |
| Tex Con Oil Company | 04-CV-1120 |
| J A M Distributing | 04-CV-1123 |
| Environmental Safety, et al. | 04-CV-1124 |
| Barloworld Handling LLP | 04-CV-1125 |
| Equipment Development | 04-CV-1128 |
| Tioga Inc. | 04-CV-1129 |

603610v1

4

### EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
| --- | --- |
| Falcon Power Inc. | 04-CV-1130 |
| TIP Dept 0501 | 04-CV-1131 |
| Tire Centers LLC | 04-CV-1133 |
| S&D Tire Inc. | 04-CV-1134 |
| Construction Elec. | 04-CV-1137 |
| Tullo Truck Stop | 04-CV-1138 |
| Sanford Auto & Truck | 04-CV-1140 |
| Fischer Group | 04-CV-1141 |
| Construction Inc. | 04-CV-1142 |
| Valley Rubber | 04-CV-1144 |
| Collision Pro | 04-CV-1149 |
| Fleetwing Corp. | 04-CV-1151 |
| Double A | 04-CV-1153 |
| Fluid Tech Hydraulic | 04-CV-1154 |
| Dossey Holdings Inc. | 04-CV-1155 |
| Archies Truck Service | 04-CV-1158 |
| Soco Group | 04-CV-1159 |
| Arrow Master | 04-CV-1160 |
| CST Corporation | 04-CV-1161 |
| J&B Auto Supply | 04-CV-1162 |
| L&P Financial | 04-CV-1165 |
| Vermeer Equipment | 04-CV-1166 |
| Delta BCX Printing | 04-CV-1167 |
| Delta Foremost | 04-CV-1170 |
| Services & Materials | 04-CV-1171 |
| M&D Distributors | 04-CV-1172 |
| SB Power Tool Corp. | 04-CV-1174 |
| Vermeer Northeast | 04-CV-1175 |
| Husqvarna Forest | 04-CV-1176 |
| Miller Bros Tire | 04-CV-1178 |
| Miller Mobile Tire | 04-CV-1179 |
| Miller Bros Tire | 04-CV-1181 |
| Interstate Battery | 04-CV-1182 |
| Stone Construction | 04-CV-1183 |
| Falkanger & Asso. | 04-CV-1184 |
| Mobile Products, Inc. | 04-CV-1186 |
| Sun Coast Resources | 04-CV-1188 |
| Vermeer Sales of Texas Inc. | 04-CV-1189 |
| Morgan Auto Supply | 04-CV-1191 |
| Morgan Guaranty | 04-CV-1192 |
| Napa Auto Parts | 04-CV-1193 |
| Valley Tire Co. Inc. | 04-CV-1194 |
| Triton Transport Inc. | 04-CV-1196 |

603610v1

5

## EXHIBIT B –SCHEDULING CONFERENCE DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| Vector Security Inc. | 04-CV-1197 |
| Truck Lease Corp. | 04-CV-1198 |